UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Raheme Byrd, Plaintiff(s) <br><br> vs. <br><br> R. Lamb, Corr. Officer <br> S. Warner, same. <br><br> Defendant(s) | INMATE CIVIL RIGHTS COMPLAINT PURSUANT PURSUANT TO 42 U.S.C. § 1983 <br><br> Case No. 9:___CV___ |

Plaintiff(s) demand(s) a trial by: ✓ JURY ___ COURT (Select only one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Raheme Byrd

   Address: Elmira Corr. Facility

   PO Box 500,

   Elmira, New York 14902-0500.

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: C.O LAMB

   Official Position: Corr. Officer

   Address: Great Meadow Corr. Facility

   Box 51, Comstock, NY 12821-0051

(1

b. Defendant: C.O. Warner

Official Position: Corr. Officer

Address: Great Meadow Corr. Facility,

Box, 51, Comstock, NY 12821-0051

c. Defendant: _____

Official Position: _____

Address: _____

Additional Defendants may be added on a separate sheet of paper.

4. PLACE OF PRESENT CONFINEMENT

   a. Is there a prisoner grievance procedure at this facility?

   ✓ Yes ____ No

   b. If your answer ro 4a is YES, did you present the facts relating to your complaint in this grievance program?

   ____ Yes ____ No

   If your answer to 4b is YES,

   (i) What steps did you take? I invoked GM #55469-13, compliant at Great Meadow C.F. which was filed 5/08/13

   (ii) What was the final result of your grievance? Fuctions 4/02/14 CORC accepted in part.

If your answer to 4b is NO - why did you choose to not present the facts relating to your complaint in the prison's grievance program? _____

_____

_____

c. If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

_____ Yes         _____ No

If your answer to 4c is YES,

(i) What steps did you take? _____

_____

_____

(ii) What was the final result regarding your complaint? _____

_____

If your answer to 4c is NO - why did you choose to not complain about the facts relating to your complaint in such prison? _____

_____

5. PREVIOUS LAWSUITS

a. Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

✓ Yes         _____ No

b. If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i. Parties to previous lawsuit:

Plaintiff(s): Raheme Byrd

Defendant(s): State of New York

Claim #no.123243

(3

ii. Court (if federal court, name District; if state court, name County):

Albany County

iii. Docket number: 123243

iv. Name of Judge to whom case was assigned: Richard E. Sise

v. Disposition (dismissed? on appeal? currently pending?): Pending

vi. Approximate date of filing prior lawsuit: _____

vii. Approximate date of disposition: _____

6. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Taking action. Herein the issue arises of assault, which accrued at the clime and place of Great Meadow Corr. Facility. On May 01, 2013 Suject had a clash with another inmate., in which Housing Officers " Used Excessive Force ! " While the inmates were fighting, Officers gave a direct order to break up the fight. Subject complied. He was then ordered to put his hands on the wall. Suject likewise complied. He was then ordered to get the floor, Subject then again complied. Then the officers giving these orders "R. Lamb", sat on the middle of his buttocks and lower back area and engaged in the following unethical behavior. "R. Lamb" engaged in putting his

(4)

hands around Subjects neck deprivingly in an illegal hold known as "The Camel Clutch", Choking Subject pulling his head back. At least 30 officers did stand present and witnessed the misconduct of this officer, but he continued to intentionally choke Subject. In about 15 seconds in this colorful hold in which he could breath, Subject started slapping his right hand several times on the floor in a cursing and swearing manner, stating he could not breath. "Lamb" then engaged in pulling his head up further, continuing the Subject assault. Subject then again slapped his right hand several times on the floor but it was of no avail.

In addittion, not being able to see behind him an unknown Officer engaged in stepping on and off Subjects right ankle. Each step, he screamed in agony. "Lamb" then let go of Subjects neck and engaged in yelling at him;"Get up, and step to the wall. Subject complied. He then placed him in handcuffs. "Lamb" then engaged in forcing up and down and twisting his left hand while already in constraints. "Lamb" then punched Subject from behind hir right eye and head twice, then leaned towards Subjects right ear stating:"thats what you get for assaulting an Officer!" Then punched him on the left side of his head once. "Waner" then began hitting Subject with his night stick. "Lamb" then grabbed him up in his hooded sweater to engage in choking him. "Lamb" then leaned towards Subjects right ear, before being escorted to medical care saying:"now you know that you just got fucked up by a bunch of rookies!" Nurse noted injuries,bru

5)

ised scarred left wrist, right eye, and left shoulder. This Departmental Behaviorial misconduct has left pemenant scaring on left wrist, and now Subject has impaired right eye vision i.e "floaters" and his seeing eye lens cracked. As a result he now has blurry vision, and cant pick up moving objects well, objects seem to move faster than normal. As a result of these officers conduct deviance, claimant now suffers Physical and mental pain and anguish at which he is liably injured and impacted for life.

Virtual Respect,

*[signature]*

7.                     CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

CONSTITUTIONAL VIOLATION 8TH AMENDMENT

RIGHT TO BE FREE FROM " USE OF EXCESSIVE FORCE ".

### SECOND CAUSE OF ACTION

### THIRD CAUSE OF ACTION

8. PRAYER FOR RELIEF

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

$75,000 Punitive Damages,

$75,000 Compensatory Damages,

Injunctive Releif, and Medical Outside Care to Repair

Recognized Altered Vision " Floaters "!

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 3-22-16

X _Ricky Byrd_ (signature)

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

Sworn To Before Me
This __22__ Day of
__March__ 2016

STEVEN D. LEE
NOTARY PUBLIC, STATE OF NEW YORK
CHEMUNG COUNTY, LIC. # 01LE6231045
COMMISSION EXPIRES NOV. 15, 20__17__

8

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

NORTHERN | NEW YORK

Raheme Byrd,

V.

SUMMONS IN A CIVIL ACTION

R.LAMB, Corr. Officer,

S.WARNER, Corr. Officer

CASE NUMBER:

Individual And Official Capacitys

TO: (Name and address of Defendant)

R.LAMB : Corr. Officer

Great Meadow Corr. Facility,

Comstock, Box 51, 12821-0051.

YOU ARE HEREBY SUMMONED and required to serve on ~~PLAINTIFF'S ATTORNEY~~ Pro se (name and address)

Raheme Byrd,
Elmira Corr. Facility,
P.O. Box 500,
Elmira, New York 14902-0051.

an answer to the complaint which is served on you with this summons, within **60 days** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Clerk of Court

Date

Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

__NORTHERN__  __NEW YORK__

Raheme Byrd,

SUMMONS IN A CIVIL ACTION

V.

S.WARNER, Corr. Officer
R.LAMB, Corr. Officer,

CASE NUMBER:

Individual And Official Capacitys

TO: (Name and address of Defendant)

S.WARNER: Corr. Officer

Great Meadow Corr. Facility,

Box 51, Ny 12821-0051.

YOU ARE HEREBY SUMMONED and required to serve on ~~PLAINTIFF'S ATTORNEY~~ Pro-se (name and address)

Raheme Byrd,
Elmira Corr. Facility,
P.O. Box 500,
Elmira, New York 14902-0500

an answer to the complaint which is served on you with this summons, within __60 days__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Clerk of Court

Date

Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Raheme Byrd, pro-se

## DEFENDANTS
R. LAMB, Corr Officer
S. WARNER, Corr. Officer

(b) County of Residence of First Listed Plaintiff: **Chemung**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Alden/Erie**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): **pro-se**

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(omitted checkbox table)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)
(standard list of categories: Contract, Torts, Forfeiture/Penalty, Bankruptcy, Other Statutes, Civil Rights, Prisoner Petitions, Labor, Social Security, Federal Tax Suits, etc.)

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **CRUEL/UNUSUAL PUNISHMENT/42 U.S.C Section 1983**
Brief description of cause: **Assault/Excessive Force By Officers**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **$175,000**
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions).
JUDGE **Richard E. Sise**
DOCKET NUMBER **123243**

DATE
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

(11)